# United States District Court
## Violation Notice

CVB Location Code: **EC 62**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3835295 | S. Bryan | 185 |

3835295

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 4/3/2013 1036A | 36 CFR 4.21(C) |

Place of Offense: Hwy 12 and Ramp 67

Offense Description: Factual Basis for Charge — HAZMAT ☐
Speeding 70 mph in a 55 mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Kline | Joseph | Cameron |

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| DK 9164 | NC | 12 | Chevy | white |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:13-MJ-1090

$ 150 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 175 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Notice Served
Date (mm/dd/yyyy): 
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 3rd, 20__ while exercising my duties as a law enforcement officer in the Eastern District of North Carolina, Cape Hatteras National Seashore

On Wednesday, April 03, 2013 at 10:36 am I was patrolling on NC Hwy 12 near Ramp 67 when I observed a white Van traveling South at a high rate of speed. The audio and visual of my radar unit in moving mode confirmed the speed of 70 mph in a 55 mph zone. The radar was in proper working order before and after the stop.
I stopped the vehicle and identified the driver as Joseph KLINE with his North Carolina driver's license.
I issued KLINE an optional appearance citation for 36 CFR. 4.21 © speed limit violation

The foregoing statement is based upon:
- ☒ my personal observation
- ✓ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/03/2013   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident